(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>_Hurlburt, John C._ | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>_Hurlburt, Jennifer J._ |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_NONE_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_NONE_ |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):_7395_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)_0983_ |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_114 Georgianna Street_<br>_Newark NY 14513_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>_114 Georgianna Street_<br>_Newark NY 14513_ |
| County of Residence or of the<br>Principal Place of Business: _Wayne_ | County of Residence or of the<br>Principal Place of Business: _Wayne_ |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address):<br>_SAME_ |

| Location of Principal Assets of Business Debtor<br>(If different from street address above): _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*John C. Hurlburt and*<br>*Jennifer J. Hurlburt* | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ John C. Hurlburt*
Signature of Debtor

**X** */s/ Jennifer J. Hurlburt*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*10/13/05*
Date

### Signature of Attorney

**X** */s/ Thomas A. Corletta*
Signature of Attorney for Debtor(s)

*Thomas A. Corletta*
Printed Name of Attorney for Debtor(s)

*Thomas A. Corletta, Esq.*
Firm Name

*16 West Main Street*
Address

*Suite 240*

*Rochester NY 14614*

*585-546-5072*          *10/13/05*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Thomas A. Corletta        10/13/05*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## WESTERN DIVISION

In re *John C. Hurlburt and Jennifer J. Hurlburt*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A-Real Property | *Yes* | *1* | $         333,500.00 | | |
| B-Personal Property | *Yes* | *4* | $          24,320.57 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $         292,145.46 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $           2,965.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *3* | | $          46,278.46 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $           3,256.66 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $           3,183.24 |
| Total Number of Sheets in All Schedules ▶ | | *18* | | | |
| Total Assets ▶ | | | $         357,820.57 | | |
| Total Liabilities ▶ | | | | $         341,388.92 | |

FORM B6A (6/90) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *310-314 Church Street, Newark, N.Y. 14513 (Rental Prop.)* | *Joint/T/E* | *J* | *$ 85,000.00* | *$ 67,940.07* |
| *220-222 Grace Avenue, Newark, N.Y. 14513 (Rental Prop.)* | *Joint/T/E* | *J* | *$ 85,000.00* | *$ 81,813.92* |
| *331-33 Miller Street, Newark, N.Y. 14513 (Rental Prop.)* | *Joint/T/E* | *J* | *$ 75,000.00* | *$ 62,080.18* |
| *114 Georgianna Street, Newark, N.Y. 14513 (Sing. Fam. Resid.; App. 10/05)* | *Joint/T/E* | *J* | *$ 79,500.00* | *$ 78,785.68* |
| *Route 88 South, Newark, N.Y. 14513 (Contiguous to resid.)* | *Joint/T/E* | *W* | *$ 9,000.00* | *$ 0.00* |

No continuation sheets attached

**TOTAL $** *333,500.00*

**(Report also on Summary of Schedules.)**

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor      Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Chkng. Acct. - HSBC - Business* Location: In debtor's possession | J | $ 660.83 |
| | | *Chkng. Acct. - HSBC - Personal* Location: In debtor's possession | J | $ 766.61 |
| | | *Money Market Acct. - HSBC* Location: In debtor's possession | J | $ 488.28 |
| | | *Svngs. Acct. - HSBC* Location: In debtor's possession | J | $ 162.38 |
| | | *X-Mas Club - HSBC* Location: In debtor's possession | J | $ 639.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *1 Refrigerator* Location: In debtor's possession | J | $ 150.00 |
| | | *1 Stove* Location: In debtor's possession | J | $ 100.00 |
| | | *1 Television* Location: In debtor's possession | J | $ 50.00 |

Page __1__ of __4__

FORM B6B (10/89) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Misc. Household Goods* *Location: In debtor's possession* | J | *$ 1,300.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Wearing Apparel (Inc. costume jewelry)* *Location: In debtor's possession* | J | *$ 400.00* |
| 7. Furs and jewelry. | | *1 Watch* *Location: In debtor's possession* | H | *$ 10.00* |
| | | *1 Wedding Ring* *Location: In debtor's possession* | W | *$ 500.00* |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *SBLI Term Policy* *Location: In debtor's possession* | W | *$ 0.00* |
| | | *Term Policy - Farmers & Traders* *Location: In debtor's possession* | H | *$ 0.00* |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor | X | | | |

Page __2__ of __4__

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor      Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| is or may be entitled. Give particulars. | | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | *2005 State/Fed. Inc. Tax Refund (pro-rated based upon 2004)* *Location: In debtor's possession* | *J* | *$ 1,593.00* |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | *X* | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | *X* | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *H has active Worker's Comp. Claim - Connors & Ferris Attys.* *Location: In debtor's possession* | *J* | *Unknown* |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | *X* | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | *X* | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1992 Toyota P/Up Truck (185,000 mi.; NADA 10/05)* *Location: In debtor's possession* | *H* | *$ 1,850.00* |
| | | *1995 Nissan Sentra GXE (108,000 mi.; NADA 10/05)* *Location: In debtor's possession* | *W* | *$ 1,650.00* |
| 24. Boats, motors, and accessories. | | *1972 Columbia 34' Sailboat (Monohull; NADA 10/05)* *Location: In debtor's possession* | *H* | *$ 14,000.00* |
| 25. Aircraft and accessories. | *X* | | | |
| 26. Office equipment, furnishings, and supplies. | *X* | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | *X* | | | |
| 28. Inventory. | *X* | | | |

Page __3__ of __4__

FORM B6B (10/89) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt* / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 24,320.57 |

Page __4__ of __4__

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Chkng. Acct. - HSBC - Business* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 660.83* | *$ 660.83* |
| *Chkng. Acct. - HSBC - Personal* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 766.61* | *$ 766.61* |
| *Svngs. Acct. - HSBC* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 162.38* | *$ 162.38* |
| *X-Mas Club - HSBC* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 639.47* | *$ 639.47* |
| *1 Refrigerator* | *N.Y. Civ. Prac. Law and Rules §5205(a)(5)* | *$ 150.00* | *$ 150.00* |
| *1 Stove* | *N.Y. Civ. Prac. Law and Rules §5205(a)(1)* | *$ 100.00* | *$ 100.00* |
| *1 Television* | *N.Y. Civ. Prac. Law and Rules §5205(a)(5)* | *$ 50.00* | *$ 50.00* |
| *Misc. Household Goods* | *N.Y. Civ. Prac. Law and Rules §5205(a)(5)* | *$ 1,300.00* | *$ 1,300.00* |
| *Wearing Apparel (Inc. costume jewelry)* | *N.Y. Civ. Prac. Law and Rules §5205(a)* | *$ 250.00* | *$ 400.00* |
| *1 Watch* | *N.Y. Civ. Prac. Law and Rules §5205(a)(6)* | *$ 10.00* | *$ 10.00* |
| *1 Wedding Ring* | *N.Y. Civ. Prac. Law and Rules §5205(a)(6)* | *$ 500.00* | *$ 500.00* |
| *2005 State/Fed. Inc. Tax Refund (pro-rated based upon 2004)* | *N.Y. Debtor and Creditor Law §283(2)* | *$ 1,593.00* | *$ 1,593.00* |
| *H has active Worker's Comp. Claim - Connors & Ferris Attys.* | *N.Y. Debtor and Creditor Law §282(3)(iii)* | *$ 0.00* | *Unknown* |

FORM B6C (6/90) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt*      / Debtor      Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *1992 Toyota P/Up Truck (185,000 mi.; NADA 10/05)* | *N.Y. Debtor and Creditor Law §282(1)* | *$ 1,850.00* | *$ 1,850.00* |
| *1995 Nissan Sentra GXE (108,000 mi.; NADA 10/05)* | *N.Y. Debtor and Creditor Law §282(1)* | *$ 124.39* | *$ 1,650.00* |

Page No. *2* of *2*

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor        Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *9891*  *Creditor # : 1*  *CCO Mortgage*  *P.O. Box 42102*  *Providence RI 02940-2010* | J | *1st Mtg.-310-14 Church St.*  Value: *$ 85,000.00* | X | | | *$ 55,998.07* | *$ 0.00* |
| Account No: *2769*  *Creditor # : 2*  *CitiMortgage*  *P.O. Box 183040*  *Columbus OH 43218-2119* | J | *1st Mtg. - 331-33 Miller St.*  Value: *$ 75,000.00* | X | | | *$ 62,080.18* | *$ 0.00* |
| Account No: *7447*  *Creditor # : 3*  *Citizen Bank*  *P.O. Box 42008*  *Providence RI 02940-2010* | J | *2nd Mtg.-310-14 Church St.*  Value: *$ 85,000.00* | X | | | *$ 11,942.00* | *$ 0.00* |
| Account No: *2417*  *Creditor # : 4*  *CMG Mortgage*  *3160 Crow Canyon Road*  *San Remon CA 94583* | J | *2nd Mtg.-220-22 Grace Ave.*  Value: *$ 85,000.00* | X | | | *$ 19,999.00* | *$ 0.00* |

1   continuation sheets attached

Subtotal $ (Total of this page)        *150,019.25*

Total $ (Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt* / Debtor          Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code-debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *6346* <br> *Creditor # : 5* <br> *HSBC* <br> *Suite 0015* <br> *Buffalo NY 14270* | W | *2002* <br> *Automobile Loan* <br><br> Value: *$ 0.00* | X | | | *$ 1,525.61* | *$ 1,525.61* |
| Account No: *1287* <br> *Creditor # : 6* <br> *HSBC* <br> *P.O. 0241* <br> *Buffalo NY 14270* | J | *2003* <br> *2nd Mtg.- 114 Georgianna St.* <br><br> Value: *$ 79,500.00* | X | | | *$ 10,284.77* | *$ 0.00* |
| Account No: *0226* <br> *Creditor # : 7* <br> *HSBC* <br> *Suite 0241* <br> *Buffalo NY 14270* | J | *1st Mtg. - 114 Georgianna St.* <br><br> Value: *$ 79,500.00* | X | | | *$ 68,500.91* | *$ 0.00* |
| Account No: *8882* <br> *Creditor # : 8* <br> *National City Mortgage* <br> *P.O. Box 17677* <br> *Baltimore MD 21297* | J | *1st Mtg. - 220-22 Grace Ave.* <br><br> Value: *$ 85,000.00* | X | | | *$ 61,814.92* | *$ 0.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet No. 1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *142,126.21* |
| **Total $** (Use only on last page. Report total also on Summary of Schedules) | *292,145.46* |

In re _John C. Hurlburt and Jennifer J. Hurlburt_ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☒ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _John C. Hurlburt and Jennifer J. Hurlburt_ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 1_  _Brad and Daniel Sennett_  _222 Grace Avenue_  _Newark NY 14513_ | J | _Security Deposit on Apt._ | | X | | _$ 600.00_ | _$ 600.00_ |
| Account No:  _Creditor # : 2_  _Brian and Shannon Bray_  _331 West Miller Street_  _Newark NY 14513_ | J | _Security Deposit on Apt._ | | X | | _$ 600.00_ | _$ 600.00_ |
| Account No:  _Creditor # : 3_  _Kim Robinson_  _331 West Miller Street_  _Newark NY 14513_ | J | _Security Deposit on Apt._ | | X | | _$ 565.00_ | _$ 565.00_ |
| Account No:  _Creditor # : 4_  _Tim and Dave Fowler_  _220 Grace Avenue_  _Newark NY 14513_ | J | _Security Deposit on Apt._ | | X | | _$ 600.00_ | _$ 600.00_ |
| Account No:  _Creditor # : 5_  _Victor and Jami Bernardi_  _314 Church Street_  _Newark NY 14513_ | J | _Security Deposit on Apt._ | | X | | _$ 600.00_ | _$ 600.00_ |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to
Schedule of Creditors

Subtotal $ (Total of this page)    _2,965.00_

Total $    _2,965.00_
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _John C. Hurlburt and Jennifer J. Hurlburt_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4500 <br><br> Creditor # : 1 <br> AAA Financial Services <br> P.O. Box 15287 <br> Wilmington DE 19886 | | J | 2001-04 <br> Visa Purchases | X | | | $ 4,532.00 |
| Account No: <br><br> Creditor # : 2 <br> Brad and Daniel Sennette <br> 222 Grace Avenue <br> Newark NY 14513 | | J | Notice Only | X | | | $ 0.00 |
| Account No: <br><br> Creditor # : 3 <br> David Gosper <br> 5 Spy Glass Hill <br> Canandaigua NY 14424 | | J | 2004 <br> Personal Loan | X | | | $ 10,000.00 |
| Account No: 5677 <br><br> Creditor # : 4 <br> HSBC <br> P.O. 0015 <br> Buffalo NY 14270 | | J | 7/03 <br> Home Improvement Loan | X | | | $ 13,353.07 |

_2_ continuation sheets attached

Subtotal $   27,885.07
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _John C. Hurlburt and Jennifer J. Hurlburt_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _9287_ <br> _Creditor # : 5_ <br> _HSBC Bank USA_ <br> _P.O. Box 17332_ <br> _Baltimore MD 21297_ | _J_ | _2000-04_ <br> _Mastercard Purchases_ | _X_ | | | _$ 5,666.53_ |
| Account No: _0133_ <br> _Creditor # : 6_ <br> _HSBC Bank USA_ <br> _P.O. Box 17332_ <br> _Baltimore MD 21297_ | _J_ | _2004-05_ <br> _Visa Purchases_ | _X_ | | | _$ 263.40_ |
| Account No: _3156_ <br> _Creditor # : 7_ <br> _HSBC Bank, USA, N.A._ <br> _Select Line of Credit_ <br> _P.O. Box 17332_ <br> _Baltimore MD 21297-1332_ | _J_ | _2003-04_ <br> _Line of Credit_ | _X_ | | | _$ 85.36_ |
| Account No: _0133_ <br> _Creditor # : 8_ <br> _HSBC Bank, USA, N.A._ <br> _Select Line of Credit_ <br> _P.O. Box 17332_ <br> _Baltimore MD 21297-1332_ | _J_ | _2003-04_ <br> _Line of Credit_ | _X_ | | | _$ 263.40_ |
| Account No: <br> _Creditor # : 9_ <br> _Kim Robinson_ <br> _331 West Miller Street_ <br> _Newark NY 14513_ | _J_ | _Notice Only_ | _X_ | | | _$ 0.00_ |
| Account No: <br> _Creditor # : 10_ <br> _New Horizon Yacht Harbor_ <br> _7399 State Route 14_ <br> _Sodus Point NY 14555_ | _J_ | _Notice Only_ | | | | _$ 0.00_ |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | _6,278.69_ |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _John C. Hurlburt and Jennifer J. Hurlburt_ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **7141** <br> _Creditor # : 11_ <br> _Providian_ <br> _P.O. Box 660567_ <br> _Dallas TX 75266-0509_ | | W | _2000-04_ <br> _Visa Purchases_ | X | | | _$ 6,244.15_ |
| Account No: **2983** <br> _Creditor # : 12_ <br> _Providian_ <br> _P.O. Box 660567_ <br> _Dallas TX 75266-0509_ | | H | _2001-04_ <br> _Visa Purchases_ | X | | | _$ 5,775.07_ |
| Account No: <br> _Creditor # : 13_ <br> _Richard Rockefeller Agency_ <br> _1276 Fairport Road_ <br> _Fairport NY 14450_ | | J | _2004-05_ <br> _Unpd. Ins. Pre. - Notice Only_ | X | | | _$ 0.00_ |
| Account No: <br> _Creditor # : 14_ <br> _Wayne Cooperative Insurance_ <br> _82 W. Genesee Street_ <br> _Clyde NY 14433_ | | J | _2004-05_ <br> _Unpd. Insurance Premium_ | X | | | _$ 95.48_ |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | _12,114.70_ |
| **Total $** <br> (Report total also on Summary of Schedules) | _46,278.46_ |

FORM B6G (10/89) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt*     / Debtor     Case No. _____
                                                                             (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
     creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

Page _1_ of _1_

FORM B6H (6/90) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt* / Debtor  Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Page _1_ of _1_

Case 2-05-26900-JCN,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 13:59:40,
Description: Main Document , Page 19 of 36

In re *John C. Hurlburt and Jennifer J. Hurlburt* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status: | RELATIONSHIP | AGE |
| *Married* | *Son* | *13* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Account Executive* | *Community Health Worker* |
| Name of Employer | *Market Alternatives* | *Rushville Health Center, Inc.* |
| How Long Employed | *4 Mos.* | *2 Yrs.* |
| Address of Employer | *215 South Main Street* <br> *Newark NY   14513* | *2 Rubin Drive* <br> *Rushville NY   14544* |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *2,150.00* | $ *2,252.27* |
| Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| SUBTOTAL | $ *2,150.00* | $ *2,252.27* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *363.14* | $ *222.95* |
| b. Insurance | $ *0.00* | $ *559.52* |
| c. Union Dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *363.14* | $ *782.47* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *1,786.86* | $ *1,469.80* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| Income from Real Property | $ *0.00* | $ *0.00* |
| Interest and dividends | $ *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| Social Security or other government assistance Specify: | $ *0.00* | $ *0.00* |
| Pension or retirement income | $ *0.00* | $ *0.00* |
| Other monthly income Specify: | $ *0.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ *1,786.86* | $ *1,469.80* |
| TOTAL COMBINED MONTHLY INCOME    $ *3,256.66* (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

*H has suffered dramatic pay decrease in last 18 months - 2 yrs.  Rental properties to be surrendered.  Most tenants on month-to-month and given 30 day notice.  Leased tenants notified.*

Page No. <u>1</u> of <u>1</u>

In re *John C. Hurlburt and Jennifer J. Hurlburt* / Debtor     Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | *853.08* |
| Are real estate taxes included?    Yes ☒    No ☐ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities: Electricity and heating fuel | $ | *250.00* |
|    Water and sewer | $ | *40.00* |
|    Telephone | $ | *70.00* |
|    Other    *Cable T.V.* | $ | *130.00* |
|    Other    *Refuse Collection* | $ | *30.00* |
|    Other | $ | *0.00* |
| Home maintenance (Repairs and upkeep) | $ | *75.00* |
| Food | $ | *400.00* |
| Clothing | $ | *75.00* |
| Laundry and dry cleaning | $ | *10.00* |
| Medical and dental expenses | $ | *150.00* |
| Transportation (not including car payments) | $ | *400.00* |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | *25.00* |
| Charitable contributions | $ | *0.00* |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|    Homeowner's or renter's | $ | *40.00* |
|    Life | $ | *122.50* |
|    Health | $ | *0.00* |
|    Auto | $ | *100.00* |
|    Other | $ | *0.00* |
|    Other | $ | *0.00* |
|    Other | $ | *0.00* |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | *0.00* |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|    Auto | $ | *132.66* |
|    Other: | $ | *0.00* |
|    Other: | $ | *0.00* |
|    Other: | $ | *0.00* |
| Alimony, maintenance, and support paid to others | $ | *0.00* |
| Payments for support of additional dependents not living at your home | $ | *140.00* |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | *0.00* |
| Other:    *Lunches at Work/School* | $ | *100.00* |
| Other:    *Personal Hygiene/Haircare* | $ | *40.00* |
| Other: | $ | *0.00* |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ | *3,183.24* |

FORM B6 (6/90) West Group, Rochester, NY

In re *John C. Hurlburt and Jennifer J. Hurlburt*          / Debtor      Case No. _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*19*___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/13/05* _____     Signature */s/ John C. Hurlburt* _____
                                              *John C. Hurlburt*

Date: *10/13/05* _____     Signature */s/ Jennifer J. Hurlburt* _____
                                              *Jennifer J. Hurlburt*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *John C. Hurlburt*
  *and*
  *Jennifer J. Hurlburt*

Case No.
Chapter  *7*

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.  §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition  is not  filed.)

 AMOUNT                          SOURCE (if more than one)

*Year to date:About same.*
   *Last Year:$41,468.03*
*Year before:Considerably*
*more, Debtor lost job.*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

AMOUNT                          SOURCE

*Year to date:*                 *Debtors have income from rental real estate and unemployment*
   *Last Year:*                 *comp.*
*Year before:*

Statement of Affairs - Page 1

**3. Payments to creditors.**

    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

**6. Assignments and receiverships.**

    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

☒ NONE

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

**7. Gifts.**

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Case 2-05-26900-JCN,    Doc 1,    Filed 10/14/05,    Entered 10/14/05 13:59:40,
Description: Main Document , Page 24 of 36

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Thomas A. Corletta* <br> *Address:* <br> *16 West Main Street* <br> *Suite 240* <br> *Rochester, NY 14614* | *Date of Payment:9/05-10/05* <br> *Payor: John C. Hurlburt* | *$1,750.00; excl. filing fee* |

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| *Transferee:* <br> *Address:* <br> *Relationship:* | | *Property: Debtor sold small trailer used as hotdog cart for app. $1,500.00 in 2005. Used money on bills.* <br> *Value:* |

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

Statement of Affairs - Page 3

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Statement of Affairs - Page 4

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Debtors, See Petition for SSN, real estate rental. Business Address:* | *TaxPayer ID:* | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements.**

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:Nichols Financial Services Address:438 E. Union St., Newark, N.Y. 14513* | *Dates:* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name:See 19(a); however, Debtors also have their own records.*
*Address:*
*Missing:*

Statement of Affairs - Page 5

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                                DATES ISSUED

*Name: Debtors applied for credit to HSBC; however, no*          *Dates:*
*formal financial statement was submitted other than*
*taxes returns & info. prepared by Debtors.*
*Address:*

**20. Inventories.**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

**21. Current Partners, Officers, Directors and Shareholders.**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

**22. Former partners, officers, directors and shareholders.**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

Statement of Affairs - Page 6

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

---

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _**10/13/05**_                                Signature _**/s/ John C. Hurlburt**_
                                                        _**John C. Hurlburt**_

Date _**10/13/05**_                                Signature _**/s/ Jennifer J. Hurlburt**_
                                                        _**Jennifer J. Hurlburt**_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

Statement of Affairs - Page 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *John C. Hurlburt and Jennifer J. Hurlburt*

Case No.

Chapter  **7**

_____/ Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2. I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *331-33 Miller Street, Newark, N.Y. 14513* | *CitiMortgage* |
| *220-222 Grace Avenue, Newark, N.Y. 14513* | *CMG Mortgage* |
| *310-314 Church Street, Newark, N.Y. 14513* | *CCO Mortgage* |
| *220-222 Grace Avenue, Newark, N.Y. 14513* | *National City Mortgage* |
| *310-314 Church Street, Newark, N.Y. 14513* | *Citizen Bank* |

**b.  Property to Be Retained.**                                          [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *114 Georgianna Street, Newark, N.Y. 14513* | *HSBC* | | | *X* |
| *"* | *HSBC* | | | *X* |

### Signature of Debtor(s)

Date: *10/13/05*

Debtor: */s/ John C. Hurlburt*

Date: *10/13/05*

Joint Debtor: */s/ Jennifer J. Hurlburt*

Page __1__ of __1__

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *John C. Hurlburt*
    *and*
*Jennifer J. Hurlburt*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *Thomas A. Corletta*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,750.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *1,750.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

*Representation of Debtors at Discharge Hearing; assist Debtors in stopping creditor harassmen & lawsuits; provide Debtors with budgetary/inc. tax advice; assist Debtors with any non-exempt issues; assist Debtors in surrender of rental properties; assist Debtors with security deposit issues; assist Debtors in rental & eviction issues as they relate to bankruptcy; prepare & file any necessary reaff. docs.; re: W's vehicle - HSBC; assist Debtors in obtaining real estate appraisals on house & vacant lot; rvw. various Deeds & mtgs.; prepare and file ex-parte Application to Abandon, pursuant to 11 USC S554; re: residence; assist Debtors with any preference issues; assist Debtors with surrender of boat; rvw. Debtors real estate & rental records.*

Dated: *10/13/05*                    Respectfully submitted,


                              X */s/ Thomas A. Corletta*
Attorney for Petitioner: *Thomas A. Corletta*
                              *Thomas A. Corletta, Esq.*
                              *16 West Main Street*
                              *Suite 240*
                              *Rochester NY  14614*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# WESTERN DIVISION

In re *John C. Hurlburt*
  *and*
  *Jennifer J. Hurlburt*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: *Thomas A. Corletta*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *10/13/05*

*/s/ John C. Hurlburt*
Debtor

*/s/ Jennifer J. Hurlburt*
Joint Debtor

CCO Mortgage
P.O. Box 42102
Providence, RI  02940-2010


CitiMortgage
P.O. Box 183040
Columbus, OH  43218-2119


Citizen Bank
P.O. Box 42008
Providence, RI  02940-2010


CMG Mortgage
3160 Crow Canyon Road
San Remon, CA  94583


HSBC
P.O. 0241
Buffalo, NY  14270


HSBC
Suite 0015
Buffalo, NY  14270


HSBC
Suite 0241
Buffalo, NY  14270


National City Mortgage
P.O. Box 17677
Baltimore, MD  21297


Brad and Daniel Sennett
222 Grace Avenue
Newark, NY  14513


Brian and Shannon Bray
331 West Miller Street
Newark, NY  14513


Tim and Dave Fowler
220 Grace Avenue
Newark, NY  14513

Victor and Jami Bernardi
314 Church Street
Newark, NY  14513


AAA Financial Services
P.O. Box 15287
Wilmington, DE  19886


Brad and Daniel Sennette
222 Grace Avenue
Newark, NY  14513


David Gosper
5 Spy Glass Hill
Canandaigua, NY  14424


HSBC
P.O. 0015
Buffalo, NY  14270


HSBC Bank USA
P.O. Box 17332
Baltimore, MD  21297


HSBC Bank, USA, N.A.
Select Line of Credit
P.O. Box 17332
Baltimore, MD  21297-1332


Kim Robinson
331 West Miller Street
Newark, NY  14513


New Horizon Yacht Harbor
7399 State Route 14
Sodus Point, NY  14555


Providian
P.O. Box 660567
Dallas, TX  75266-0509


Richard Rockefeller Agency
1276 Fairport Road
Fairport, NY  14450

Wayne Cooperative Insurance
82 W. Genesee Street
Clyde, NY  14433